UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN HAMLETT,<br><br>                             Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                           Defendants. | 23-CV-5809 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 11, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 11, 2023
              New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                     Chief United States District Judge